IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL W. CULP,

    Petitioner,                2:06-cv-1835-GEB-GGH-P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Respondents.           ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 6, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1  proper analysis.

2        In his objections, petitioner requests an extension of time so that he may conduct
3  additional research in support of his objections. The court finds that further briefing is not
4  warranted.

5        Accordingly, IT IS HEREBY ORDERED that:

6        1. The findings and recommendations filed October 6, 2006, are adopted in full;
7  and

8        2. Petitioner's application for a writ of habeas corpus is dismissed for failure to
9  exhaust state remedies.

10  Dated:  December 11, 2006

GARLAND E. BURRELL, JR.
United States District Judge